

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 22, 2007

**By Hand**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street - Room 1320
New York, NY 10007

      Re: *United States v. FNU LNU, a/k/a "Primo," at al.*
          07 Cr. 563 (LAP)

Dear Judge Preska:

      The defendants in the above-captioned case were indicted on June 20, 2007, and the case was wheeled out to Your Honor. Please find a copy of the Indictment attached. The arraignment and first pre-trial conference for defendants Minaya-Fernandez, Goris, and Rodriguez have been scheduled for June 28, 2007, at 3:30 p.m.

      The Government respectfully requests that time be excluded from today until June 28, 2007 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) to permit the Government to gather and to prepare discovery. I have spoken to defense counsel for the three defendants, and each has indicated that there is no objection to this request.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney

                    By:                    
                                        Brendan R. McGuire
                                        Assistant United States Attorney
                                        212.637.2220

-2-

cc:   Brian Kaplan, Esq. (via fax)
      Counsel for Porforio Minaya-Fernandez

      Edgardo Ramos, Esq. (via fax)
      Counsel for Raymond Goris

      Michael Hurwitz, Esq. (via fax)
      Counsel for Edwin Rodriguez