

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 4, 2007

**By Hand**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street - Room 1320
New York, NY 10007

    Re:   *United States v. FNU LNU, a/k/a "Primo," et al.*
           07 Cr. 563 (LAP)

Dear Judge Preska:

(1)     The second pre-trial conference in the above-referenced case was scheduled for September 5, 2007, at 4:00 p.m. After speaking with Your Honor's Deputy Clerk and defense counsel, the conference has been adjourned to September 24, 2007, at 4:30 p.m.

(2)     The Government respectfully requests that time be excluded from September 5, 2007, until September 24, 2007, under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) to permit the defendants to review discovery and consider any motion practice. I have spoken to defense counsel for the three defendants, and each has indicated that there is no objection to this request, *and the Court finds such exclusion to be in the interest of justice.*

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

September 7, 2007

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *BRMcG*
Brendan R. McGuire
Assistant United States Attorney
212.637.2220

[Stamps: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/7/07; RECEIVED SEP 6 2007 LORETTA A. PRESKA U.S. DISTRICT JUDGE S.D.N.Y.]

cc:    Brian Kaplan, Esq. (via fax)
       Counsel for Porforio Minaya-Fernandez

       Jorge Guttlein, Esq. (via fax)
       Counsel for Raymond Goris

       Michael Hurwitz, Esq. (via fax)
       Counsel for Edwin Rodriguez