# GOLDBERG & KAPLAN, LLP

*Attorneys At Law*
11 Park Place - Suite 903
New York, New York 10007
212-269-2363
(Fax) 212-269-2364

DATE:   May 27, 2008

TO:   Judge Loretta Preska

   AUSA Brendan McGuire

FAX NO.:   212-805-7941

   212-637-2387

FROM:   Brian Kaplan, Esq.

RE:   Porforio Minaya-Fernandez, 07 Cr. 563 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

MESSAGE: As you are aware I represent the above referenced Defendant, Porforio Minaya-Ferndez. Mr. Fernandez is scheduled for sentencing on Thursday, May 29, 2008. I am respectfully requesting an adjournment for approximately three weeks. I was unable to review the pre-sentence report with my client and his family is in the process of obtaining letters for your Honor to review prior to sentence. A.U.S.A. Brendan McGuire is not opposed to my request.

Please note **I will not be available** June 23-June 28 and July 7-10, 2008.

If you have any questions or concerns please contact me at your earliest convenience.

*[Handwritten: Sentencing is adjourned to June 18 at 4:00 pm. Counsel is reminded of the importance of requesting adjournments in a timely manner. SO ORDERED. May 30, 2008]*

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Brian I. Kaplan, Esq.

This transmission consists of __1__ pages including this cover page.

An original of this Facsimile will be sent via ___Regular mail; ___Overnight; ___ Hand delivery

Please call if there is any problem with the transmission of this facsimile.

The information contained in this facsimile transmission is **PRIVILEGED AND CONFIDENTIAL** and intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.